

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2020

No. 04-20-00477-CV

**IN THE INTEREST OF F.B.C.L., B.A.I.L, L.K.A..L., J.J.W.L., CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01116
Honorable Laura Salinas, Judge Presiding

## O R D E R

On August 17, 2020, the trial court signed a final judgment terminating appellant's parental rights to her children. Because this is an accelerated appeal, the notice of appeal was due to be filed on September 8, 2020. *See* TEX. R. APP. P. 4.1(a), 26.1(b), 28.4. A motion for extension of time to file the notice of appeal was due to be filed on September 23, 2020. *See id.* R. 26.3. On September 16, 2020, appellant filed her notice of appeal. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *see also Hone v. Hanafin*, 104 S.W.3d 884, 886–87 (Tex. 2003) (holding "a reasonable explanation" is any plausible statement of circumstances indicating that failure to timely file was not deliberate or intentional but was the result of inadvertence, mistake or mischance, and that "any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance") (citation ommitted).

It is therefore ORDERED that appellant file, **within fifteen days** from the date of this order, a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court